IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GOLDMAN SACHS SPECIALITY LENDING HOLDINGS, INC., | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-09-01547 |
| CURTIS A. BROOKS, *et al.*, | § § § | |
| Defendants. | § | |

**ORDER ON MOTION FOR CONTINUANCE OF PRETRIAL ORDER
AND REQUEST FOR EXTENSION OF DEADLINES IN SCHEDULING ORDER**

The plaintiff's Motion for Continuance of Pretrial Order and Request for Extension of Deadlines in Scheduling Order is granted in part. The deadlines for filing the joint pretrial order and the date for docket call are cancelled pending this court's ruling on the plaintiff's summary judgment motion. The record does not reflect a response to that motion. The defendant has until **February 11, 2011**, to respond to the motion for summary judgment.

SIGNED on January 18, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge